ORIGINAL

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

DUBLIN DIVISION

FILED
U.S. DISTRICT COURT
AUGUSTA DIV.
2008 JAN 16 AM 8:32
CLERK_____
SO. DIST. OF GA.

| | |
|---|---|
| CASIANO BARAONA ESTUPINAN, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | CV 307-069 |
| ) | |
| MICHAEL V. PUGH, Warden, ) | |
| ) | |
| Respondent. ) | |

### ORDER

After a careful, *de novo* review of the file, the Court concurs with the Magistrate Judge's Report and Recommendation, to which objections have been filed. Accordingly, the Report and Recommendation of the Magistrate Judge is **ADOPTED** as the opinion of the Court. Therefore, the above-captioned petition is **DISMISSED**, and this civil action shall be **CLOSED**.

SO ORDERED this 15th day of January, 2008, at Augusta, Georgia.

_____
UNITED STATES DISTRICT JUDGE